Andrew C. Brassey, ISB No. 2128
Jason G. Murray, ISB No. 6172
BRASSEY CRAWFORD, PLLC
345 Bobwhite Court, Suite 215
P.O. Box 1009
Boise, Idaho 83701-1009
Telephone: (208) 344-7300
Facsimile: (208) 344-7077
E-mail: acb@brassey.net
         jgm@brassey.net

*Attorneys for Defendant Panasonic
 Corporation of North America*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LINDSAY NELSON and DAVID NELSON,<br><br>Plaintiffs,<br><br>vs.<br><br>CHONGQING QIULONG TECHNOLOGY CO., LTD d/b/a SURRON; SUR-RON U.S.A., LLC; LUNA CYCLES, LLC; PANASONIC COPORATION OF NORTH AMERICA d/b/a PANASONIC INDUSTRIAL DEVICES SERVICE COMPANY OF AMERICA; DOE ENTITIES 1-100;<br><br>Defendants. | Case No. _____<br><br>**DEFENDANT PANASONIC CORPORATION OF NORTH AMERICA'S NOTICE OF REMOVAL** |

## NOTICE OF REMOVAL

Defendant Panasonic Corporation of North America hereby removes the above-entitled action to the United States District Court for the District of Idaho pursuant to 28 U.S.C. § 1446. Defendant Panasonic Corporation of North America states that the basis for this removal is as follows:

1.  The above-entitled action was originally filed in the District Court of the First Judicial District of the State of Idaho, in and for the County of Kootenai, Case No. CV28-24-6701, on October 7, 2024. Pursuant to D. Id. L. Civ. R. 81.1, a true and correct copy of the Court's electronic docket sheet for Case No. CV28-24-6701 is attached hereto as **Exhibit A**.

2.  Case No. CV28-24-6701 is, in essence, a products liability case wherein Plaintiffs seek to recover monetary damages against Panasonic Corporation of North America, et al.

3.  Plaintiffs' Complaint alleges, and Defendant Panasonic therefore is informed and believes, that Plaintiffs are residents of Kootenai County, Idaho.

4.  Based upon the allegations set forth in the Complaint, Defendant Panasonic further is informed, and therefore believes, that each of the named Defendants are foreign corporations or other business entities authorized to and/or doing business in Idaho. For the purposes of removal, and pursuant to 28 U.S.C. § 1332(c), Defendant Panasonic is not a "resident" of the state of Idaho. The allegations set forth in Plaintiffs' Complaint further allege, and Defendant Panasonic therefore believes, that none of the remaining defendants "reside" in the state of Idaho for purposes of removal.

5.  Although Plaintiffs' Complaint does not plead a specific amount of damages, in Paragraph 6.9(j), Plaintiffs allege that they have suffered damages in an amount to be determined at trial, but which nevertheless is "in excess of $500,000." Therefore, the amount in controversy exceeds the sum or amount of $75,000, exclusive of interest or costs.

6.  Pursuant to 28 U.S.C. § 1332(a), the federal district courts have jurisdiction over a civil action where the amount in controversy exceeds the sum or value of $75,000 exclusive of interest and costs and is between citizens of different states.

7.  Pursuant to 28 U.S.C. §§ 1332, 1441(a), 1441(b) and 1446, this state court action may be removed to federal district court, in that the amount in controversy exceeds $75,000, exclusive of

interest and costs, and there was at the time the action was filed, and there is now, diversity of citizenship between Plaintiffs and Defendants.

8. Complete copies of the following pleadings and documents filed in the original state court action are attached hereto as the following exhibits:

| | |
|---|---|
| **Exhibit B**: | Complaint for Damages and Demand for Jury Trial; |
| **Exhibit C**: | Summons – C.Q. Tech; |
| **Exhibit D**: | Summons – Luna Cycles, LLC; |
| **Exhibit E**: | Summons – Panasonic; |
| **Exhibit F**: | Summons – SUR-RON; |
| **Exhibit G**: | Affidavit of Service – SUR-RON; |
| **Exhibit H**: | Affidavit of Service – Luna Cycles, LLC; |
| **Exhibit I**: | Affidavit of Service – Panasonic Corporation; |
| **Exhibit J**: | Affidavit of Service, Chongqing Qiulong Technology Co., Ltd.; and |
| **Exhibit K**: | Notice of Appearance by Panasonic Corporation of North America. |

9. Defendant Panasonic Corporation of North America is represented by this law firm, and consents to the removal of this action.

10. Defendant Panasonic Corporation of North America accepted service of the Plaintiffs' Complaint and Demand for Jury Trial on December 9, 2024, and therefore this notice of removal is timely filed within 30 days thereof.

11. Notice will be given this date to the Plaintiffs herein, by and through their counsel of record, and to the Clerk of the District Court of the First Judicial District of the State of Idaho, in and for the County of Kootenai, which will be filed with the District Court of the First Judicial District of

the State of Idaho, in and for the County of Kootenai; a true and correct copy of the notice is attached hereto as **Exhibit L**, and is incorporated by this reference as though fully set forth herein.

DATED this 8th day of January, 2025.

BRASSEY CRAWFORD, PLLC

By /s/ Andrew C. Brassey
Andrew C. Brassey, Of the Firm
Attorneys for Defendant Panasonic Corporation
of North America

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of January, 2025, I served a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| Melanie Baillie | ___ U.S. Mail, postage prepaid |
| JAMES, VERNON & WEEKS, P.A. | ___ Hand-Delivered |
| 1626 Lincoln Way | ___ Overnight Mail |
| Coeur d'Alene, ID 83814 | ___ Facsimile |
| *Attorneys for Plaintiffs* | XX i-Court mbaillie@jvwlaw.net |
|  | annette@jvwlaw.net |

By /s/ Andrew C. Brassey
Andrew C. Brassey

DEFENDANT PANASONIC CORPORATION OF NORTH AMERICA'S NOTICE OF REMOVAL - 4